# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | |
| Entire premises located at 521 11th Avenue West in Williston, North Dakota, and all computer and other electronic devices or other media located therein capable of the storage of digital information. | ) ) ) ) ) ) ) | **ORDER**<br><br>Case No. 4:09-mj-005 |

On motion of the Government and for the reasons stated in support of its motion, **IT IS ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including Affidavit of Randy W. Helderop, Special Agent, U.S. Immigration & Customs Enforcement (ICE), Search Warrant Return, and Motion to Seal, as well as this Order, in the above-captioned matter are sealed until further Order of this court.

Dated this 13th day of January, 2009.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge